UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD A. JONES,

      Plaintiff,                                    Case No. 1:13–cv–00449–JTN–ESC

v.                                         Hon. Janet T. Neff

NATIONSTAR MORTGAGE LLC, et al.,

      Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

| | |
|---|---|
| Motion(s): | Motion to Amend/Correct – #12<br>Motion for Summary Judgment – #13<br>Motion for Summary Judgment – #14 |
| Date/Time: | November 20, 2013   11:00 AM |
| Magistrate Judge: | Ellen S. Carmody |
| Place/Location: | 650 Federal Building, Grand Rapids, MI |

*Response(s) to the motion(s) shall be filed in accordance with the Western District of Michigan Local Civil Rules.*

                                                          ELLEN S. CARMODY
                                                          U.S. Magistrate Judge

Dated:  July 5, 2013          By:  /s/ Cynthia Black Hosner
                                               Judicial Assistant