UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD A. JONES,

       Plaintiff,                                Case No. 1:13–cv–00449–JTN–ESC

v.                                             Hon. Janet T. Neff

NATIONSTAR MORTGAGE LLC, et al.,

       Defendants.
_____/

## ORDER

      Upon review of the case and various filings by the parties and the mediator, all deadlines set by the case management order entered June 7, 2013 (Dkt. No. 11), including the referral to VFM, are suspended pending decision on the motions set for hearing on November 20, 2013 (Dkt. Nos. 12, 13, and 14). Further, the parties' motions regarding mediation (Dkt. Nos. 21 and 22) are DISMISSED as moot. Finally, plaintiff's motion for extension of time to obtain counsel and allow him to prosecute the case, contained in his opposition to the pending motions for summary judgment (Dkt. No. 17) is DENIED.

      IT IS SO ORDERED.

Dated: September 5, 2013                             /s/ Ellen S. Carmody
                                                                   ELLEN S. CARMODY
                                                                   U.S. Magistrate Judge