UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


RICHARD A. JONES,

     Plaintiff,                          Case No. 1:13-cv-449

v.                                         HON. JANET T. NEFF

NATIONSTAR MORTGAGE LLC, et al.,

     Defendants.

_____/


**ORDER**

This is a civil action. On June 20, 2013, Defendant Nationstar Mortgage LLC filed a Motion for Summary Judgment (Dkt 13), and Defendant Trott & Trott, P.C. filed a Motion for Summary Judgment (Dkt 14). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 26, 2013, recommending that this Court grant Defendants' motions, and terminate this matter. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 52) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motions for Summary Judgment (Dkts 13, 14) are GRANTED, and this action is TERMINATED.

A Judgment will be entered consistent with this Order.


Dated: December 18, 2013              /s/ Janet T. Neff
                                     JANET T. NEFF
                                     United States District Judge